UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHELLE DEANN MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. C15-1722-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 21.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), including a de novo hearing and a new decision. On remand, the ALJ shall consider the claimant's fibromyalgia at step two, as well as at subsequent steps of the sequential evaluation process, as necessary. The step five finding should also be reevaluated, including securing new vocational expert testimony.

REPORT AND RECOMMENDATION
PAGE - 1

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d).

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation. The Clerk should note the matter for **August 1, 2016** as ready for Judge Lasnik's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 1st day of August, 2016.

*(signature)*

JAMES P. DONOHUE
Chief United States Magistrate Judge